**F I L E D**
CLERK, U.S. DISTRICT COURT

3/19/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>RONNEL WILSON,<br><br>          Defendant. | CR No. 2:24-cr-00185-JWH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 18 U.S.C. § 922(o)(1): Possession of a Machinegun; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A.   INTRODUCTORY ALLEGATION

At times relevant to this Indictment, defendant RONNEL WILSON did not have a federal firearms license issued by the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and thus was not licensed to import, manufacture, or deal in firearms.

B.   OBJECT OF THE CONSPIRACY

Beginning on an unknown date, but no later than on or about April 7, 2023, and continuing until at least on or about June 6, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant WILSON conspired with others known and unknown to the Grand Jury to engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A).

C.   MANNER AND MEANS OF THE CONSPIRACY

The object of the conspiracy was to be accomplished, in substance, as follows:

1.   Defendant WILSON and a co-conspirator ("Co-Conspirator 1") would offer to sell firearms to customers in Los Angeles and would coordinate the date, time, and location of the firearms sales.

2.   Defendant WILSON and others known and unknown to the Grand Jury would sell firearms to the customer and associates.

D.   OVERT ACTS

On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendant WILSON, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

**May 2, 2023: Sale of Nine Firearms and Two Glock-style Switches**

Overt Act No. 1:   On May 1, 2023, defendant WILSON sent pictures of nine firearms and three Glock-style switches (machine gun conversion devices) to an individual he believed to be a customer, but who was, in fact, a confidential informant working for ATF (the "Confidential Informant").

Overt Act No. 2:    On May 1, 2023, via phone calls and text messages, and using coded language, defendant WILSON offered to sell a firearm to the Confidential Informant and agreed to meet the Confidential Informant in the parking lot of a Home Depot in Los Angeles, California, to complete the transaction.

Overt Act No. 3:    On May 2, 2023, defendant WILSON and two co-conspirators drove to the Home Depot parking lot in Los Angeles, California, and sold the Confidential Informant nine firearms and two Glock-style switches for $6,800.

**May 12, 2023: Sale of Five Firearms**

Overt Act No. 4:    On May 11, 2023, via phone calls and text messages, and using coded language, defendant WILSON offered to sell firearms to an individual he believed to be a customer, but who was, in fact, an undercover ATF agent (the "Undercover Agent"), and agreed to meet the Undercover Agent in front of defendant WILSON's residence in Los Angeles, California, to complete the transaction on May 12, 2023.

Overt Act No. 5:    On May 12, 2023, outside his residence, defendant WILSON sold the Undercover Agent five firearms for $7,500.

**June 1, 2023: Sale of Four Firearms, Six Glock Switches, and One Machinegun Conversion Device**

Overt Act No. 6:    On May 25, 2023, defendant WILSON, via text messages, and using coded language, offered to sell the Undercover Agent additional firearms and agreed to meet outside defendant WILSON's residence on June 1, 2023, to complete the sale.

Overt Act No. 7:    On June 1, 2023, outside his residence, defendant WILSON sold the Undercover Agent four firearms, six Glock switches, and one machinegun conversion device for $5,200.

**June 6, 2023: Sale of Seventeen Firearms and Over 200 Rounds of Ammunition**

Overt Act No. 8:    On June 5, 2023, defendant WILSON, via text messages, and using coded language, offered to sell the Undercover Agent additional firearms and agreed to meet the Undercover Agent at a warehouse that, unbeknownst to defendant WILSON, was an undercover location operated by the ATF (the "UC Warehouse").

Overt Act No. 9:    On June 6, 2023, defendant WILSON and two co-conspirators drove to the UC Warehouse and sold the Undercover Agent seventeen firearms and over two hundred rounds of ammunition for $17,200.

COUNT TWO

[18 U.S.C. § 922(a)(1)(A)]

Beginning on or about April 7, 2023, and continuing to on or about June 6, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant RONNEL WILSON, not being a licensed importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms, on or about the following dates:

| DATE | FIREARM(S) |
|------|-----------|
| May 2, 2023 | (1) a Zastava Kragujevac, model M-90, 7.62x39 caliber rifle, bearing serial number 008657; <br> (2) a Springfield Army, model SAR-8, 7.62x39 caliber rifle, bearing serial number 07938; <br> (3) a Ruger, model Single-Six, .22 caliber revolver, bearing serial number 21-53905; <br> (4) a Mossburg, model 940 JM Pro, 12 gauge shotgun, bearing serial number 94R0004640; <br> (5) a Keltec, model CMR-30 model, .22 caliber rifle, bearing serial number Y2T64; <br> (6) a Remington, model Nylon 66, .22 caliber rifle, bearing serial number 2344348; <br> (7) a CZ Brand, model P-10, 9mm handgun, bearing serial number D158405; <br> (8) a Ruger, model Bearcat, .22 caliber revolver, bearing serial number 93-32603; and <br> (9) an unknown model, rifle, bearing serial number 23758 |
| May 12, 2023 | (1) a Romarm, model Mini Draco, 7.62x39 caliber pistol, bearing serial number 22 PG-2209; <br> (2) a Romarm, model Micro Draco, 7.62x39 caliber pistol, bearing serial number ROA 22 PMD-36604; <br> (3) a Glock, model 19 Gen 5, 9mm caliber pistol, bearing serial number BWSK665; <br> (4) a Steyr, model Mini 19, 9mm caliber pistol, bearing serial number 22592; and <br> (5) a Glock, model 17, 9mm caliber pistol, bearing serial number VRC363 |

5

| DATE | FIREARM(S) |
| --- | --- |
| June 1, 2023 | (1) a Universal Firearms, model M1, 30 caliber rifle, bearing serial number 364902;<br><br>(2) a Winchester, model 70, .270 caliber rifle, bearing serial number 843000;<br><br>(3) a Winchester, model 1400, 20-gauge caliber shotgun, bearing serial number 1156871;<br><br>(4) a Juggernaut, model JT-15, rifle, bearing serial number 23171<br><br>(5) six Glock machine gun conversion kits, unknown model or caliber, bearing no serial numbers; and<br><br>(6) a machine gun kit with unknown make, model, or caliber, bearing no serial number |
| June 6, 2023 | (1) a Smith & Wesson, model M&P 15, 5.56x45mm caliber rifle, bearing serial number TN64431;<br><br>(2) a Romarm, model Paratrooper, 7.62x39mm caliber rifle, bearing serial number PT-002427;<br><br>(3) a Radian (Axts Inc.), model 1, .223 caliber rifle, bearing serial number X11506;<br><br>(4) a Remington, model 522 Viper, .22 caliber rifle, bearing serial number 3146302;<br><br>(5) a Ruger, model Mini 14, .223 caliber rifle, bearing serial number 183-01485;<br><br>(6) a Polymer80, Inc. (P80 Tactical P80), unknown model or caliber rifle, bearing no serial number;<br><br>(7) a Colt, model Sporter Competition Hbar, .223 caliber rifle, bearing serial number CH008527;<br><br>(8) a Marlin, model 30, .30-30 caliber rifle, bearing serial number 25084006;<br><br>(9) a CBC, Model 702, .22 caliber rifle, bearing serial number EIB3005929;<br><br>(10) a Glock, 9mm caliber pistol, bearing serial number UWE522;<br><br>(11) a Smith & Wesson, model M&P 380 Shield, .380 caliber pistol, bearing serial number RJB0091;<br><br>(12) a Smith & Wesson, model M&P Shield, 9mm caliber pistol, bearing serial number HPV5004;<br><br>(13) a Glock, model 48, 9mm caliber pistol, bearing serial number BLGC843;<br><br>(14) a PWS, model MKI, .223 caliber rifle, bearing serial number W04975; |

| DATE | FIREARM(S) |
|------|-----------|
| June 6, 2023 | (15) a LWRC, model M6IC, 5.56 caliber rifle, bearing serial number 24-43779<br><br>(16) a Ruger, model SR-22, .22 caliber pistol, bearing serial number 366-52047; and<br><br>(17) a Raven Arms, model MP25, .25 caliber pistol, bearing serial number 1332948. |

COUNTS THREE THROUGH FIVE

[18 U.S.C. § 922(g)(1)]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant RONNEL WILSON knowingly possessed the following firearms and ammunition, each in and affecting interstate and foreign commerce:

| COUNT | DATE | FIREARM(S) AND AMMUNITION |
|---|---|---|
| THREE | May 12, 2023 | (1) a Romarm, model Mini Draco, 7.62x39 caliber pistol, bearing serial number 22 PG-2209;<br><br>(2) a Romarm, model Micro Draco, 7.62x39 caliber pistol, bearing serial number ROA 22 PMD-36604;<br><br>(3) a Glock, model 19 Gen 5, 9mm caliber pistol, bearing serial number BWSK665;<br><br>(4) a Steyr, model Mini 19, 9mm caliber pistol, bearing serial number 22592;<br><br>(5) a Glock, model 17, 9mm caliber pistol, bearing serial number VRC363; and<br><br>(6) 14 rounds of Federal 9mm caliber ammunition |
| FOUR | June 1, 2023 | (1) a Universal Firearms, model M1, 30 caliber rifle, bearing serial number 364902;<br><br>(2) a Winchester, model 70, .270 caliber rifle, bearing serial number 843000;<br><br>(3) a Winchester, model 1400, 20-gauge caliber shotgun, bearing serial number 1156871;<br><br>(4) a Juggernaut, model JT-15, rifle, bearing serial number 23171 |
| FIVE | June 6, 2023 | (1) a Smith & Wesson, model M&P 15, 5.56x45mm caliber rifle, bearing serial number TN64431;<br><br>(2) a Romarm, model Paratrooper, 7.62x39mm caliber rifle, bearing serial number PT-002427; |

8

| | | (3) a Radian (Axts Inc.), model 1, .223 caliber rifle, bearing serial number X11506; |
|---|---|---|
| | | (4) a Remington, model 522 Viper, .22 caliber rifle, bearing serial number 3146302; |
| | | (5) a Ruger, model Mini 14, .223 caliber rifle, bearing serial number 183-01485; |
| | | (7) a Colt, model Sporter Competition Hbar, .223 caliber rifle, bearing serial number CH008527; |
| | | (8) a Marlin, model 30, .30-30 caliber rifle, bearing serial number: 25084006; |
| | | (9) a CBC, Model 702, .22 caliber rifle, bearing serial number EIB3005929; |
| | | (10) a Glock, 9mm caliber pistol, bearing serial number UWE522; |
| | | (11) a Smith & Wesson, model M&P 380 Shield, .380 caliber pistol, bearing serial number RJB0091; |
| | | (12) a Smith & Wesson, model M&P Shield, 9mm caliber pistol, bearing serial number HPV5004; |
| | | (13) a Glock Inc., model 48, 9mm caliber pistol, bearing serial number BLGC843; |
| | | (14) a PWS, model MKI, .223 caliber rifle, bearing serial number W04975; |
| | | (15) a LWRC, model M6IC, 5.56 caliber rifle, bearing serial number 24-43779; and |
| | | (16) 283 rounds of PSD 5.56x45mm caliber ammunition. |

Defendant WILSON possessed such firearms and ammunition knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Burglary Vandalism, in violation of California Penal Code Section 594(a), in the Superior Court for the State of California, County of Los Angeles, Case Number LA083977, on or about August 1, 2016.

COUNT SIX

[18 U.S.C. § 922(o)(1)]

On or about June 1, 2023, in Los Angeles County, within the Central District of California, defendant RONNEL WILSON knowingly possessed machineguns, as defined in Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), each of which defendant WILSON knew to be a machinegun, namely, six Glock switch conversion devices each bearing no serial numbers, each of which was designed and intended, solely and exclusively, for use in converting a weapon into a machinegun.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts One through Six of this Indictment.

2.    Any defendant so convicted shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

(b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//

//

//

11

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/

Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes
Section

COLIN S. SCOTT
Assistant United States Attorney
General Crimes Section

12